UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| R.G.,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | 5:25-CV-05096-CCT<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Plaintiff, R.G., seeks review of the Social Security Administration (SSA) Commissioner's decision denying his application for social security disability benefits under Title II of the Social Security Act. Dockets 1, 9, & 14. The SSA argues the Commissioner's decision should be affirmed. Docket 13. This matter was referred to Magistrate Judge Veronic L. Duffy pursuant to 28 U.S.C. § 636(b)(1)(B) and D.S.D. Civ. LR 83.9. *See Mathews v. Weber*, 423 U.S. 261, 266-72 (1976).

On August 18, 2026, Magistrate Judge Duffy issued a report recommending that the Court affirm the Commissioner's denial of disability benefits. Docket 16 at 44. Objections to the report and recommendation were due on September 1, 2026. *Id.* No objections have been filed to date, and the time for objections has now passed.

A court's review of a magistrate judge's report and recommendation is governed by 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil

Procedure. Upon timely objection, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also Hosna v. Groose,* 80 F.3d 298, 306 (8th Cir. 1996). In conducting de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Even though no objections were filed that would require de novo review under *Thompson v. Nix*, 897 F.2d 356 (8th Cir. 1990), the Court reviewed the matter de novo and adopts the report and recommendation in full. Therefore, it is

ORDERED that the Report and Recommendation (Docket 16) is adopted in full. It is further

ORDERED that the decision of the Commissioner is AFFIRMED.

Dated September 4, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE